MCGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DENNIS MORITA,<br>Defendant. | CASE NO. 2:19-CR-053 WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING JUDGMENT AND SENTENCING TO DECEMBER 16, 2019** |

IT IS HEREBY STIPULATED AND AGREED between the parties and their respective counsel, Assistant United States Attorney Matthew Thuesen on behalf the United States of America, and Russell Humphrey, Esq. ("Defense Counsel"), counsel for defendant Dennis Morita ("Defendant"), that the date for Judgment and Sentencing in this matter, which currently is scheduled for September 9, 2019, be rescheduled to December 16, 2019, at 9:00 a.m., in Courtroom 5. Probation has no opposition to the proposed rescheduling of the date for Judgment and Sentencing.

The parties, therefore, respectfully request that the date for Judgment and Sentencing in this matter be rescheduled to December 16, 2019, at 9:00 a.m. in Courtroom 5.

**IT IS SO STIPULATED.**

Dated: September 6, 2019

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew Thuesen
MATTHEW THUESEN
Assistant United States Attorney

Dated: September 6, 2019

/s/ Russell Humphrey (with consent)
RUSSELL HUMPHREY
Counsel for Defendant

**ORDER**

Upon stipulation of the parties and good cause having been shown, the Court ORDERS that Defendant's Judgement and Sentencing be rescheduled to December 16, 2019, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 6, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE