McGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-053 WBS |
| Plaintiff, | **STIPULATION AND ORDER TO AMEND SENTENCING DATE AND SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT** |
| v. | |
| DENNIS MORITA, | |
| Defendant. | |

The parties and their respective counsel, Assistant United States Attorney Matthew Thuesen on behalf the United States, and Russell Humphrey, Esq., counsel for defendant Dennis Morita, stipulate and agree that the sentencing date and schedule for disclosure of the Presentence Report may be amended as follows:

| | |
|---|---|
| **Judgment and Sentencing**: | **March 30, 2020** |
| Reply or statement of non-opposition no later than: | March 23, 2020 |
| Motion for correction of the Presentence Report filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 16, 2020 |
| Presentence Report filed with the Court and disclosed to counsel no later than: | March 9, 2020 |
| Counsel's written objections to the Presentence Report delivered to the Probation Officer and opposing counsel no later than: | March 2, 2020 |
| Proposed Presentence Report disclosed to counsel no later than: | February 17, 2020 |

STIPULATION AND ORDER

1

The Probation Officer does not oppose the proposed amendments. The parties, therefore, respectfully request that the Court amend the sentencing date and schedule for disclosure of the Presentence Report accordingly

**IT IS SO STIPULATED.**

Dated: November 22, 2019               MCGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Matthew Thuesen
                                       MATTHEW THUESEN
                                       Assistant United States Attorney


Dated: November 22, 2019               /s/ Russell Humphrey (with consent)
                                       RUSSELL HUMPHREY
                                       Counsel for Defendant


## ORDER

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

Dated: November 25, 2019

                                       WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE