RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile: (209) 625-8673
Email: rshumphreylaw@yahoo.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>DENNIS MORITA,<br><br>DEFENDANT. | **Case No. 2:19-cr-053-WBS**<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |

Defendant Dennis Morita ("Defendant") and the United States of America, through their counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to each of the following;

1) the Court **vacate** the currently set judgment and sentencing hearing date of March 30, 2020; and;

Stipulation and [Proposed] Order
U.S. v. Morita, 2:19-cr-53-WBS

2) the Court **continue** the judgment and sentencing hearing to the agreed upon dates noted below;

 **a. Judgment and Sentencing**:         **June 8, 2020 at 9:00 am**

 b. Reply or statement of non-opposition no later than:    June 1, 2020

 c. Motion for correction of the Presentence Report     May 22, 2020
   filed with the Court and served on the Probation
   Officer and opposing counsel no later than:

 d. Presentence Report filed with the Court and      May 18, 2020
   disclosed to counsel no later than:

 e. Counsel's written objections to the Presentence Report   May 11, 2020
   delivered to the Probation Officer and opposing
   counsel no later than:

 f. Proposed Presentence Report disclosed to counsel no later than: April 27, 2020

The Probation Officer does not oppose the proposed amendments. The parties, therefore, respectfully request the Court amend the sentencing date and schedule for disclosure of the Presentence Report accordingly.

Date: March 20, 2020.

                /s/ *Russell S. Humphrey*

                _____
                RUSSELL S. HUMPHREY, Attorney for Defendant

Date: March 20, 2020       MCGREGOR W. SCOTT
                United States Attorney
                */s/ Matthew Thuesen*
                _____
                MATTHEW THUESEN
                Assistant United States Attorney

## ORDER

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

Dated: March 25, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE