RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile: (209) 625-8673
Email: rshumphreylaw@yahoo.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>DENNIS MORITA,<br><br>DEFENDANT. | Case No. 2:19-cr-053-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |

     Defendant Dennis Morita ("Defendant") and the United States of America, through their counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to each of the following;

     1) the Court **vacate** the currently set judgment and sentencing hearing date of February 1, 2021; and;

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

2) the Court **continue** the judgment and sentencing hearing to the agreed upon dates noted below;

|  |  |
|---|---|
| a. **Judgment and Sentencing**: | **April 19, 2021 at 9:00 a.m.** |
| b. Reply or statement of non-opposition no later than: | April 12, 2021 |
| c. Motion for correction of the Presentence Report filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 2, 2021 |
| d. Presentence Report filed with the Court and disclosed to counsel no later than: | March 29, 2021 |
| e. Counsel's written objections to the Presentence Report delivered to the Probation Officer and opposing counsel no later than: | March 22, 2021 |
| f. Proposed Presentence Report disclosed to counsel no later than: | March 8, 2021 |

The Probation Officer does not oppose the proposed amendments. The parties, therefore, respectfully request the Court amend the sentencing date and schedule for disclosure of the Presentence Report accordingly.

Date:   January 25, 2021.

/s/  *Russell S. Humphrey*

———————————————
RUSSELL S. HUMPHREY, Attorney for Defendant

Date: January 25, 2021

MCGREGOR W. SCOTT
United States Attorney
*/s/ Matthew Thuesen*

———————————————
MATTHEW THUESEN
Assistant United States Attorney

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

**ORDER**

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

Dated: January 27, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE