RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile: (209) 625-8673
Email: rshumphreylaw@yahoo.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:19-cr-053-WBS** |
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |
| v. | |
| DENNIS MORITA, | |
| DEFENDANT. | |

Defendant Dennis Morita ("Defendant") and the United States of America, through their counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to each of the following;

1) the Court **vacate** the currently set judgment and sentencing hearing date of July 19, 2021; and;

Stipulation and [Proposed] Order
U.S. v. Morita, 2:19-cr-53-WBS

2) the Court **continue** the judgment and sentencing hearing to the agreed upon dates noted below;

    **a. Judgment and Sentencing**:                                         **October 18, 2021**

    b. Reply or statement of non-opposition no later than:          October 11, 2021

    c. Motion for correction of the Presentence Report            September 30, 2021
        filed with the Court and served on the Probation
        Officer and opposing counsel no later than:

    d. Presentence Report filed with the Court and                  September 24, 2021
        disclosed to counsel no later than:

    e. Counsel's written objections to the Presentence Report        September 17, 2021
        delivered to the Probation Officer and opposing
        counsel no later than:

    f. Proposed Presentence Report disclosed to counsel no later than:    September 3, 2021

The Probation Officer does not oppose the proposed amendments. The parties, therefore, respectfully request the Court amend the sentencing date and schedule for disclosure of the Presentence Report accordingly.

Date: June 25, 2021.

                                              /s/ *Russell S. Humphrey*
                                              _____
                                              RUSSELL S. HUMPHREY, Attorney for Defendant

Date: January 25, 2021                             MCGREGOR W. SCOTT
                                              United States Attorney
                                              */s/ Matthew Thuesen*

                                              _____
                                              MATTHEW THUESEN
                                              Assistant United States Attorney

## ORDER

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

Dated: June 29, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE