1  RUSSELL S. HUMPHREY, SBN 208744
   343 E. Main Street, Suite 714
2  Stockton, Ca. 95202
   Telephone: (209) 625-8976
3  Facsimile:  (209) 625-8673
   Email: rshumphreylaw@yahoo.com
4
   Attorney for Defendant
5

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **Case No. 2:19-cr-053-WBS** |
|---|---|
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |
| v. | |
| DENNIS MORITA, | |
| DEFENDANT. | |

    Defendant Dennis Morita ("Defendant") and the United States of America, through their counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to each of the following;

    1) the Court **vacate** the currently set judgment and sentencing hearing date of January 24, 2022; and;

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

2) the Court **continue** the judgment and sentencing hearing to the agreed upon dates noted below;

| | |
|---|---|
| **a.  Judgment and Sentencing**: | **May 23, 2022, 9:00 a.m.** |
| b.  Reply or statement of non-opposition no later than: | May 13, 2022 |
| c.  Motion for correction of the Presentence Report filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 9, 2022 |
| d.  Presentence Report filed with the Court and disclosed to counsel no later than: | May 2, 2022 |
| e.  Counsel's written objections to the Presentence Report delivered to the Probation Officer and opposing counsel no later than: | April 25, 2022 |
| f.  Proposed Presentence Report disclosed to counsel no later than: | April 11, 2022 |

The Probation Officer does not oppose the proposed amendments. The parties, therefore, respectfully request the Court amend the sentencing date and schedule for disclosure of the Presentence Report accordingly.

Date:  January 19, 2022.

/s/  *Russell S. Humphrey*

_____
RUSSELL S. HUMPHREY, Attorney for
Dated:  January 21, 2022

### ORDER

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

Dated:  January 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS