RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile:  (209) 625-8673
Email: rshumphreylaw@yahoo.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-053-WBS |
|---|---|
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |
| v. | |
| DENNIS MORITA, | |
| DEFENDANT. | |

Defendant Dennis Morita ("Defendant") and the United States of America, through their counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to each of the following;

1) the Court **vacate** the currently set judgment and sentencing hearing date of May 23, 2022; and;

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

2) the Court **continue** the judgment and sentencing hearing to the agreed upon dates noted below;

| | |
|---|---|
| **a. Judgment and Sentencing**: | **October 31, 2022, 9:00 a.m.** |
| b. Reply or statement of non-opposition no later than: | October 21, 2022 |
| c. Motion for correction of the Presentence Report filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 17, 2022 |
| d. Presentence Report filed with the Court and disclosed to counsel no later than: | October 7, 2022 |
| e. Counsel's written objections to the Presentence Report delivered to the Probation Officer and opposing counsel no later than: | October 3, 2022 |
| f. Proposed Presentence Report disclosed to counsel no later than: | September 19, 2022 |

The Probation Officer does not oppose the proposed amendments. The parties, therefore, respectfully request the Court amend the sentencing date and schedule for disclosure of the Presentence Report accordingly.

Date:  May 18, 2022.

/s/  *Russell S. Humphrey*
RUSSELL S. HUMPHREY, Attorney for Defendant

Date: January 19, 2022

PHILLIP A. TALBERT
United States Attorney
*/s/ Matthew Thuesen*
MATTHEW THUESEN
Assistant United States Attorney

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

**ORDER**

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

Dated:  May 19, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE