RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile:  (209) 625-8673
Email: rshumphreylaw@yahoo.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:19-cr-053-WBS** |
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |
| v. | |
| DENNIS MORITA, | |
| DEFENDANT. | |

Defendant Dennis Morita ("Defendant") and the United States of America, through their

counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to each

of the following;

    1) the Court **vacate** the currently set judgment and sentencing hearing date of October 31,

2022; and;

2) the Court **continue** the judgment and sentencing hearing to the agreed upon dates noted below;

      **a. Judgment and Sentencing**:               **February 27, 2023, 9:00 a.m.**

      b.  Reply or statement of non-opposition no later than:      February 17, 2023

      c.  Motion for correction of the Presentence Report      February 13, 2023

              filed with the Court and served on the Probation

              Officer and opposing counsel no later than:

      d.  Presentence Report filed with the Court and      February 6, 2023

              disclosed to counsel no later than:

The Probation Officer does not oppose the proposed amendments. The parties, therefore, respectfully request the Court amend the sentencing date and schedule for disclosure of the Presentence Report accordingly.

Date:   October 25, 2022.

                             /s/  *Russell S. Humphrey*

                             _____

                             RUSSELL S. HUMPHREY, Attorney for
                             Defendant

Date:   October 25, 2022

                             PHILLIP A. TALBERT
                             United States Attorney
                             */s/ Matthew Thuesen*

                             _____

                             MATTHEW THUESEN
                             Assistant United States Attorney

1

**ORDER**

2         Upon stipulation of the parties and good cause having been shown, the Court adopts the

3   parties' stipulation as its order.

4

5   **IT IS SO ORDERED.**

6   Dated:  October 27, 2022

7   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28