RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile:  (209) 625-8673
Email: rshumphreylaw@yahoo.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>DENNIS MORITA,<br><br>DEFENDANT. | Case No. 2:19-cr-053-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |

     Defendant Dennis Morita ("Defendant") and the United States of America, through their counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to each of the following;

     1) the Court **vacate** the currently set judgment and sentencing hearing date of April 17, 2023; and;

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

2) the Court **continue** the judgment and sentencing hearing to the agreed upon dates noted below;

| | |
|---|---|
| **a. Judgment and Sentencing**: | **June 12, 2023, 9:00 am** |
| b. Reply or statement of non-opposition no later than: | June 2, 2023 |
| c. Motion for correction of the Presentence Report filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 26, 2023 |

The Probation Officer does not oppose the proposed amendments. The parties, therefore, respectfully request the Court amend the sentencing date and schedule for disclosure of the Presentence Report accordingly.

Date: April 12, 2023.

/s/ *Russell S. Humphrey*

_____
RUSSELL S. HUMPHREY, Attorney for Defendant

Date: April 12, 2023

PHILLIP A. TALBERT
United States Attorney
*/s/ Matthew Thuesen*

_____
MATTHEW THUESEN
Assistant United States Attorney

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

**ORDER**

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

Dated:  April 12, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE