RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile:  (209) 625-8673
Email: rshumphreylaw@yahoo.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-053-WBS |
|---|---|
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |
| v. | |
| DENNIS MORITA, | |
| DEFENDANT. | |

  Defendant Dennis Morita ("Defendant") and the United States of America, through their counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to each of the following;

  1) the Court **vacate** the currently set judgment and sentencing hearing date of June 12, 2023; and;

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

2) the Court **continue** the judgment and sentencing hearing to the agreed upon dates noted below;

    **a. Judgment and Sentencing**:    **September 5, 2023, 9:00 a.m.**

    b. Reply or statement of non-opposition no later than:    August 29, 2023

    c. Motion for correction of the Presentence Report    August 22, 2023
        filed with the Court and served on the Probation
        Officer and opposing counsel no later than:

The Probation Officer does not oppose the proposed amendments. The parties, therefore, respectfully request the Court amend the sentencing date accordingly.

Date:  June 6, 2023.

        /s/  *Russell S. Humphrey*

        _____
        RUSSELL S. HUMPHREY, Attorney for Defendant

Date:  June 6, 2023

        PHILLIP A. TALBERT
        United States Attorney
        */s/ Matthew Thuesen*

        _____
        MATTHEW THUESEN
        Assistant United States Attorney

**ORDER**

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

Dated:  June 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS