UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DENNIS MORITA,<br><br>    Defendant. | No. No. 2:19-cr-053 WBS<br><br><br>ORDER |

----oo0oo----

This matter is set for Judgment and Sentencing on September 5, 2023.  In defendant's letter to the court dated June 23, 2021, he states that, "I can honestly say that I did not realize the implications of a felony conviction at the time of my agreeing to the plea agreement."  Specifically, he states that it was not until after he entered his plea of guilty that he came to realize that he could be precluded from practicing before the IRS should he be convicted of a felony.  (See Docket No. 38 at 16.)  In its Rule 11 colloquy with defendant at the time of the plea,

1

1  although the court advised him of several consequences of a
2  felony conviction, the court made no mention that defendant could
3  lose the right to practice before the IRS.
4        Further, in his "explanation of the charges", defendant
5  states that, "I did not intentionally attempt to defraud anyone
6  out of money."  (See Docket No. 38 at 18.)  That paragraph sounds
7  like a denial of his guilt on Count I of the Information.
8        Accordingly, on or before August 29, 2023, counsel for
9  defendant shall file a written statement advising (1) whether
10 defendant wises to withdraw his plea of guilty on Count 1, and
11 (2) whether if he still wishes to proceed on his plea of guilty
12 he admits that he acted with intent to defraud each of the
13 victims identified in the Presentence Report; and the United
14 States Attorney shall file a written statement advising whether
15 in the government's opinion the court should proceed to sentence
16 defendant under these circumstances.
17       IT IS SO ORDERED.
18 Dated:  August 25, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE