PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-53 WBS |
| Plaintiff, | UNITED STATES' RESPONSE TO ORDER |
| v. | COURT: Hon. William B. Shubb |
| DENNIS MORITA, | |
| Defendant. | |

On August 25, 2023, this Court ordered Morita to file a statement advising whether he wishes to withdraw his guilty plea or whether he wishes to proceed on his guilty plea and admit that he acted with the intent to defraud. ECF 43. The Order also directed the government to file a statement advising whether in its opinion this Court should proceed with sentencing. *Id*.

On August 29, 2023, Morita filed a response to this Court's Order in which he states his intention to file a motion to withdraw his plea. ECF 44. In light of Morita's filing, the government requests that this Court continue Morita's sentencing until such time as his anticipated motion is resolved.

//
//
//
//

RESPONSE TO ORDER         1

If this Court sets a briefing schedule regarding Morita's anticipated motion, the government requests that it be given two weeks to respond to the motion, to give it sufficient time to obtain the transcript of Morita's change of plea hearing.

                                         Respectfully submitted,

Dated: August 29, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney