RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile:  (209) 625-8673
Email: rshumphreylaw@yahoo.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-053-WBS |
|---|---|
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE MOTION HEARING DATE** |
| v. | |
| DENNIS MORITA, | |
| DEFENDANT. | |

Defendant Dennis Morita ("Defendant") and the United States of America, through their counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to each of the following;

1) the Court **vacate** the currently set motion hearing date of October 30, 2023; and;

2) the Court **continue** the motion hearing date to the agreed upon dates noted below;

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

| | | |
|---|---|---|
| a. | **MOTION HEARING DATE**: | **December 18, 2023, 9:00 am** |
| b. | Defendant's Supplement Brief: | November 27, 2023 |
| c. | Government's Response | December 4, 2023 |
| d. | Defendant's Reply Brief | December 11, 2023 |

The parties respectfully request the Court amend the sentencing date and schedule for disclosure of the Presentence Report accordingly.

Date:   October 25, 2023.

/s/  *Russell S. Humphrey*

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
RUSSELL S. HUMPHREY, Attorney for Defendant


Date: October 25, 2023

PHILLIP A. TALBERT
United States Attorney
*/s/ Matthew Thuesen*

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
MATTHEW THUESEN
Assistant United States Attorney

**ORDER**

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

Dated:  October 25, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE