RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile:  (209) 625-8673
Email: rshumphreylaw@yahoo.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>DENNIS MORITA,<br><br>DEFENDANT. | Case No. 2:19-cr-053-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION HEARING DATE** |

  Defendant Dennis Morita ("Defendant") and the United States of America, through their counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to each of the following;

  1) the Court **vacate** the currently set motion hearing date of December 18, 2023; and;

  2) the Court **continue** the motion hearing date to the agreed upon dates noted below;

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

**a. MOTION HEARING DATE**:	**January 8, 2024**

The parties respectfully request the Court amend the motion hearing date.

Date:   December 13, 2023.

/s/  *Russell S. Humphrey*

_____
RUSSELL S. HUMPHREY, Attorney for Defendant

Date: December 13, 2023

PHILLIP A. TALBERT
United States Attorney
*/s/ Matthew Thuesen*

_____
MATTHEW THUESEN
Assistant United States Attorney

**ORDER**

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order. Hearing on Defendant's Motion to Withdraw Plea and Supplemental Motion (Dockets 49 and 55) is reset for **January 8, 2024 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: December 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE