RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile:  (209) 625-8673
Email: rshumphreylaw@yahoo.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>DENNIS MORITA,<br><br>DEFENDANT. | Case No. 2:19-cr-053-WBS<br><br>**STIPULATION AND ORDER TO SET JUDGMENT AND SENTENCING DATE** |

Defendant Dennis Morita ("Defendant") and the United States of America, through their counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to each of the following; ;

1) the Court set the judgment and sentencing date to the agreed upon date noted below;

    **a. JUDGMENT AND SENTENCING**:          **March 4, 2024 at 9:00 am**

Date:   January 9, 2024.

          /s/  *Russell S. Humphrey*

          _____
          RUSSELL S. HUMPHREY, Attorney for Defendant

Date: January 9, 2024

          PHILLIP A. TALBERT
          United States Attorney
          */s/ Matthew Thuesen*

          _____
          MATTHEW THUESEN
          Assistant United States Attorney

**ORDER**

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

Dated: January 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE