1 | PHILLIP A. TALBERT
United States Attorney
2 | MATTHEW THUESEN
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-cr-53 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING JUDGMENT AND SENTENCING; ORDER |
| v. | |
| DENNIS MORITA, | DATE: May 6, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendant. | |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter currently is set for judgment and sentencing on March 4, 2024.

2. The parties desire additional time to prepare for judgment and sentencing.

3. By this stipulation, the parties jointly request that this Court continue judgment and sentencing to May 6, 2024, at 9:00 a.m.

4. Supervising United States Probation Officer Lynda Moore does not object to the parties' request.

//

//

//

STIPULATION AND ORDER

1

IT IS SO STIPULATED.

Dated:  February 26, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated:  February 26, 2024

/s/ RUSSELL S. HUMPHREY
RUSSELL S. HUMPHREY
Counsel for Defendant

## ORDER

Upon stipulation of the parties, the Court ORDERS that judgment and sentencing in this matter is continued to May 6, 2024, at 9:00 a.m., before this Court.

Dated:  February 27, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE