1  RUSSELL S. HUMPHREY, SBN 208744
   343 E. Main Street, Suite 714
2  Stockton, Ca. 95202
   Telephone: (209) 625-8976
3  Facsimile:  (209) 625-8673
   Email: rshumphreylaw@yahoo.com
4
5  Attorney for Defendant

6
7
8
9             IN THE UNITED STATES DISTRICT COURT
10            EASTERN DISTRICT OF CALIFORNIA
11
12
13 | UNITED STATES OF AMERICA,    | Case No. 2:19-cr-053-WBS
14 |
15 |          PLAINTIFF,           | **STIPULATION AND ORDER TO SET JUDGMENT AND SENTENCING DATE**
16 |     v.
17 |
18 | DENNIS MORITA,
19 |
20 |          DEFENDANT.
21
22       Defendant Dennis Morita ("Defendant") and the United States of America, through their
23
24 counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to each
25 of the following; ;
26
27
28

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

1) the Court set the judgment and sentencing date to the agreed upon date noted below;

    **a. JUDGMENT AND SENTENCING**:        **June 24, 2024 at 9:00 am**

Date:   May 1, 2024.

                                                  /s/  *Russell S. Humphrey*

                                                  _____
                                                  RUSSELL S. HUMPHREY, Attorney for Defendant

Date: May 1, 2024                                 PHILLIP A. TALBERT
                                                  United States Attorney
                                                  */s/ Matthew Thuesen*

                                                  _____
                                                  MATTHEW THUESEN
                                                  Assistant United States Attorney

**ORDER**

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

Dated: May 2, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE