RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile:  (209) 625-8673
Email: rshumphreylaw@yahoo.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-053-WBS |
|---|---|
| PLAINTIFF, | **STIPULATION AND ORDER TO SET JUDGMENT AND SENTENCING DATE** |
| v. | |
| DENNIS MORITA, | |
| DEFENDANT. | |

Defendant Dennis Morita ("Defendant") and the United States of America, through their counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to the following;

1) The Court VACATE the currently set judgment of September 16, 2024.

2) The Court set a new and different sentencing date to the agreed upon date noted below;

    **a. JUDGMENT AND SENTENCING**:                                **November 18, 2024, 10:00 AM**

Date:   September 10, 2024.

                                                        /s/  *Russell S. Humphrey*

                                                        RUSSELL S. HUMPHREY, Attorney for Defendant

Date: September 10, 2024                                    PHILLIP A. TALBERT
                                                            United States Attorney
                                                           */s/ Matthew Thuesen*

                                                           MATTHEW THUESEN
                                                           Assistant United States Attorney

**ORDER**

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

Dated:  September 11, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE