RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile:  (209) 625-8673
Email: rshumphreylaw@yahoo.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>DENNIS MORITA,<br><br>DEFENDANT. | **Case No. 2:19-cr-053-WBS**<br><br>**STIPULATION AND ORDER TO SET JUDGMENT AND SENTENCING DATE** |

    Defendant Dennis Morita ("Defendant") and the United States of America, through their counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to the following;

1) The Court VACATE the currently set judgment of November 18, 2024.

2) The Court set a new and different sentencing date to the agreed upon date noted below;

**a. JUDGMENT AND SENTENCING**:                **December 16, 2024, 10:00 a.m.**

Date:   November 13, 2024.

/s/  *Russell S. Humphrey*

_____
RUSSELL S. HUMPHREY, Attorney for Defendant

Date: November 13, 2024

PHILLIP A. TALBERT
United States Attorney
*/s/ Matthew Thuesen*

_____
MATTHEW THUESEN
Assistant United States Attorney

**ORDER**

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

Dated:  November 13, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE