RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile:  (209) 625-8673
Email: rshumphreylaw@yahoo.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:19-cr-053-WBS** |
| PLAINTIFF, | **STIPULATION AND ORDER TO SET JUDGMENT AND SENTENCING DATE** |
| v. | |
| DENNIS MORITA, | |
| DEFENDANT. | |

Defendant Dennis Morita ("Defendant") and the United States of America, through their

counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to the

following;

1) The Court VACATE the currently set judgment of February 5, 2025.

2) The Court set a new and different sentencing date to the agreed upon date noted below;

**a. JUDGMENT AND SENTENCING**:                **March 24, 2025, 10:00 a.m.**

Date:   February 5, 2025.                RUSSELL S. HUMPHREY

/s/  *Russell S. Humphrey*

_____
RUSSELL S. HUMPHREY, Attorney for
Defendant

Date: February 5, 2025.                MICHELE BECKWITH
Acting United States Attorney
*/s/ Matthew Thuesen*

_____
MATTHEW THUESEN
Assistant United States Attorney

## ORDER

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

Dated:  February 6, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE