1   RUSSELL S. HUMPHREY, SBN 208744
    343 E. Main Street, Suite 714
2   Stockton, Ca. 95202
    Telephone: (209) 625-0490
3   Email: rshumphreylaw@yahoo.com

4

5   Attorney for Defendant

6

7

8

9                   IN THE UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,                 **Case No. 2:19-cr-053-WBS**

14

15                       PLAINTIFF,           **STIPULATION AND ORDER TO
                                              SET JUDGMENT AND
16        v.                                  SENTENCING DATE**

17

18  DENNIS MORITA,

19

20  DEFENDANT.

21

22

23        Defendant Dennis Morita ("Defendant") and the United States of America, through their

24  counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to the

25  following;

26

27

28

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

1

2      1)  The Court VACATE the currently set judgment of March 24, 2025.

3
       2)   The Court set a new and different sentencing date to the agreed upon date noted below:
4

5

6      **a. JUDGMENT AND SENTENCING**:              **June 23, 2025 at 10:00 a.m.**

7

8

9   Date:   March 19, 2025.                    RUSSELL S. HUMPHREY

10
                                               /s/  *Russell S. Humphrey*
11

12                                             _____
                                               RUSSELL S. HUMPHREY, Attorney for
13                                             Defendant

14

15  Date: March 19, 2025.                      MICHELE BECKWITH
                                               United States Attorney
16                                             */s/ Matthew Thuesen*

17                                             _____
18                                             MATTHEW THUESEN
                                               Assistant United States Attorney
19

20

21

22

23

24

25

26

27

28

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

1

2

3                                          **ORDER**

4          Upon stipulation of the parties and good cause having been shown, the Court adopts the

5   parties' stipulation as its order.

6

7   **IT IS SO ORDERED.**

8

9   Dated:  March 20, 2025

                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS