1  RUSSELL S. HUMPHREY, SBN 208744
   343 E. Main Street, Suite 714
2  Stockton, Ca. 95202
   Telephone: (209) 625-0490
3  Email: rshumphreylaw@yahoo.com

4

5  Attorney for Defendant

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,          Case No. 2:19-cr-053-WBS

13
                                        **STIPULATION AND ORDER TO**
14              PLAINTIFF,              **RESET JUDGMENT AND**
                                        **SENTENCING DATE**
15     v.

16

17  DENNIS MORITA,

18

19
    DEFENDANT.
20

21

22       Defendant Dennis Morita ("Defendant") and the United States of America, through their

23  counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to the

24  following;

25

26

27

28

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

1) The Court VACATE the currently set judgment of September 15, 2025.

2) The Court set a new and different sentencing date to the agreed upon date noted below:

    **a. JUDGMENT AND SENTENCING**:  **November 17, 2025**

Date:   September 9, 2025.                 RUSSELL S. HUMPHREY

/s/  *Russell S. Humphrey*

_____
RUSSELL S. HUMPHREY, Attorney for Defendant

Date: September 9, 2025.               MICHELE BECKWITH
United States Attorney
*/s/ Matthew Thuesen*

_____
MATTHEW THUESEN
Assistant United States Attorney

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

**ORDER**

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.   The judgment and sentencing is continued to **November 17, 2025 at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated:  September 11, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS