1  RUSSELL S. HUMPHREY, SBN 208744
   343 E. Main Street, Suite 714
2  Stockton, Ca. 95202
   Telephone: (209) 625-0490
3  Email: rshumphreylaw@yahoo.com

5  Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-053-WBS |
|---|---|
| PLAINTIFF, | **STIPULATION AND ORDER TO RESET JUDGMENT AND SENTENCING DATE** |
| v. | |
| DENNIS MORITA, | |
| DEFENDANT. | |

Defendant Dennis Morita ("Defendant") and the United States of America, through their counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to the following;

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

1) The Court VACATE the currently set judgment of November 17, 2025.

2) The Court set a new and different sentencing date to the agreed upon date noted below:

    **a. JUDGMENT AND SENTENCING**:           **January 20, 2026, 10:00 am**

Date:  November 12, 2025.                    RUSSELL S. HUMPHREY

                                                         /s/ *Russell S. Humphrey*

                                                         _____
RUSSELL S. HUMPHREY, Attorney for Defendant

Date: November 12, 2025.                      ERIC GRANT
                                                         United States Attorney
                                                         */s/ Matthew Thuesen*

                                                         _____
MATTHEW THUESEN
Assistant United States Attorney

## ORDER

    Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

Dated: November 13, 2025

                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE