RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-0490
Email: rshumphreylaw@yahoo.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

DENNIS MORITA,

DEFENDANT.

**Case No. 2:19-cr-053-WBS**

**STIPULATION AND ORDER TO RESET JUDGMENT AND SENTENCING DATE**

Defendant Dennis Morita ("Defendant") and the United States of America, through their counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to the following;

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

1) The Court VACATE the currently set judgment of January 20, 2026.

2) The Court set a new and different sentencing date to the agreed upon date noted below:

**a. JUDGMENT AND SENTENCING**:                **APRIL 6, 2026, 10:00 AM**

Date: January 12, 2026.                RUSSELL S. HUMPHREY

/s/  *Russell S. Humphrey*

_____

RUSSELL S. HUMPHREY, Attorney for Defendant

Date: January 12, 2026.                ERIC GRANT
United States Attorney
/s/ *Matthew Thuesen*

_____

MATTHEW THUESEN
Assistant United States Attorney

**ORDER**

Upon stipulation of the parties, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

Dated:  January 14, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS