RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-0490
Email: rshumphreylaw@yahoo.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>DENNIS MORITA,<br><br>DEFENDANT. | Case No. 2:19-cr-053-WBS<br><br>**STIPULATION AND ORDER TO RESET JUDGMENT AND SENTENCING DATE** |

Defendant Dennis Morita ("Defendant") and the United States of America, through their counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to the following;

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

1) The Court VACATE the currently set judgment of April 6, 2026.

2) The Court set a new and different sentencing date to the agreed upon date noted below:

**a. JUDGMENT AND SENTENCING:**                    **JULY 27, 2026**

Date: MARCH 30, 2026.                    RUSSELL S. HUMPHREY

                                        /s/ *Russell S. Humphrey*

                                        _____
                                        RUSSELL S. HUMPHREY, Attorney for
                                        Defendant

Date: MARCH 30, 2026.                    ERIC GRANT
                                        United States Attorney
                                        /s/ *Matthew Thuesen*

                                        _____
                                        MATTHEW THUESEN
                                        Assistant United States Attorney

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS

**ORDER**

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

Dated:  April 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order
U.S. v. Morita, 2:19-cr-53-WBS