RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-0490
Email: rshumphreylaw@yahoo.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>DENNIS MORITA,<br><br>DEFENDANT. | **Case No. 2:19-cr-053-WBS**<br><br>**STIPULATION AND ORDER TO RESET JUDGMENT AND SENTENCING DATE** |

Defendant Dennis Morita ("Defendant") and the United States of America, through their counsel Assistant United States Attorney Matthew Thuesen, hereby agree and STIPULATE to the following;

1) The Court VACATE the currently set judgment of July 27, 2026.

2) The Court set a new and different sentencing date to the agreed upon date noted below:

**a. JUDGMENT AND SENTENCING**: **November 16, 2026**

Date: JULY 22, 2026.

RUSSELL S. HUMPHREY

/s/ *Russell S. Humphrey*

_______________________________

RUSSELL S. HUMPHREY, Attorney for Defendant

Date: JULY 22, 2026.

ERIC GRANT
United States Attorney
*/s/ Matthew Thuesen*

_______________________________

MATTHEW THUESEN
Assistant United States Attorney

**ORDER**

Upon stipulation of the parties and good cause having been shown, the Court adopts the parties' stipulation as its order.

**IT IS SO ORDERED.**

**Dated: July 23, 2026**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE